Evan Livingstone, SBN 252008
ALLEN CHERN LLP
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 526-4600
Fax: (707) 676-9112
Email: evanlivingstoneuprightlaw@gmail.com

Attorneys for Debtor Thomas Michael Mooney, Jr

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 17-10424 |
| Thomas Michael Mooney, Jr. | Chapter 7 |
| Debtor(s) | |

DECLARATION REGARDING TAX RETURN

OF DEBTOR THOMAS MICHAEL MOONEY, JR.

I, Thomas Michael Mooney, Jr., the debtor in the above matter, have personal knowledge of the below facts:

I have not filed a tax return for at least the last five years because my income has been so low that I have not had to file a tax return.

I declare the above facts to be true under penalty of perjury.

Executed in Santa Rosa, CA on May 9, 2017         /s/ Thomas Michael Mooney, Jr.
                                                  Thomas Michael Mooney, Jr.